IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RONNIE PHILLIPS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| -vs- ) | No.     06-CV-412-DRH |
| ) | |
| **SEARS ROEBUCK and COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter.  Through random draw, the Clerk of Court has reassigned this matter to United States District Judge G. Patrick Murphy.  All further documents filed in this matter shall bear case number 06-CV-412-GPM.

**IT IS SO ORDERED**.

DATED:  This  28th   day of June, 2006.


/s/           David   RHerndon
UNITED STATES DISTRICT JUDGE